# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2012

144241-6

PATRICK MCCARTHY,
        Plaintiff-Appellant,

v

EDWARD SOSNICK, WENDY L. POTTS,
KEVIN M. OEFFNER, RICHARD M. LYNCH,
OAKLAND COUNTY CIRCUIT COURT,
JEANNE STEMPIEN, KATHLEEN J.
MCCANN, THOMAS J. RYAN, BARRY M.
GRANT, MICHAEL J. TALBOT, DIANE M.
GARRISON, NANCY J. DIEHL, RONALD F.
ROSE, NANCY J. GRANT, and JUDICIAL
TENURE COMMISSION,
        Defendants-Appellees.
_____/

PATRICK MCCARTHY,
        Plaintiff-Appellant,

v

EDWARD SOSNICK, WENDY L. POTTS,
KEVIN M. OEFFNER, RICHARD M. LYNCH,
OAKLAND COUNTY CIRCUIT COURT,
JEANNE STEMPIEN, KATHLEEN J.
MCCANN, THOMAS J. RYAN, BARRY M.
GRANT, MICHAEL J. TALBOT, DIANE M.
GARRISON, NANCY J. DIEHL, RONALD F.
ROSE, NANCY J. GRANT, JUDICIAL TENURE
COMMISSION, GOVERNOR OF MICHIGAN,
and ATTORNEY GENERAL,
        Defendants-Appellees.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144241-3
COA: 293482; 294385; 295784
Oakland CC: 2008-089426-NO

SC: 144244-6
COA: 293483; 294383; 295782
Oakland CC: 2009-094425-NO

On order of the Court, the application for leave to appeal the September 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. We further conclude that the application for leave to appeal is frivolous and vexatious. MCR

7.316(D). Plaintiff Patrick McCarthy is ordered to pay the Clerk of this Court $500 within 28 days of the date of this order. We direct the Clerk of this Court not to accept any further filings from Mr. McCarthy in any non-criminal matter until he has made the payment required by this order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

d0618